Mark Werksman (State Bar No. 120767)
**WERKSMAN JACKSON & QUINN LLP**
888 West Sixth St., Fourth Floor
Los Angeles, CA 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com

Karen Sosa (State Bar No. 269429)
**LAW OFFICE OF KAREN M. SOSA**
35 N. Lake Ave., Suite 710
Pasadena, CA 91101
Telephone: (213) 255-5459
Email: karen@sosalawpc.com

Attorneys for Defendant
REECE SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> REECE BANGURA SMITH, <br><br> *Defendant.* | **CASE NO. 25-CR-00766-JFW** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE FROM WARRANTLESS SEARCH AND SEIZURE** <br><br> Judge: Hon. John F. Walter <br> Date: <br> Time: |

## [PROPOSED] ORDER

The Court, having considered the Motion to Suppress Evidence filed by Defendant Reece Smith, hereby GRANTS the motion and ORDERS the following relief:

1. All evidence obtained in connection with the June 13 search of Mr. Smith's person and seizure of his cell phones is hereby suppressed and shall not be used or offered as evidence by the Government.

2.  All evidence obtained as a result of the July 26, 2024, search warrant is hereby suppressed and shall not be used or offered as evidence by the Government.

3.  All other evidence obtained directly or indirectly as a result of the foregoing searches and seizures is hereby suppressed and shall not be used or offered as evidence by the Government.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____

The Honorable John F. Walter
United States District Judge